# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140758

KEVIN G. KLEVORN,
           Petitioner-Appellee,

v

CITY OF BOYNE CITY,
           Respondent-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140758
COA: 286870
MTT: 00-321687

      On order of the Court, the application for leave to appeal the February 2, 2010 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Klooster v City of Charlevoix* (Docket No. 140423) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

0621

                  Clerk